# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JUSTIN CUTHRELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3593

[July 16, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Stevin J. Levin, Judge; L.T. Case No. 432019CF000176CFA.

Carey Haughwout, Public Defender, and Robert Porter, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Lindsay A. Warner, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***